```
TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
HOLLY GAUDREAU (State Bar No. 209114)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
gsgilchrist@townsend.com; glcincone@townsend.com
hgaudreau@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> JONES APPAREL GROUP, INC., a Pennsylvania Corporation, <br><br> Defendant. | Case No. C 06 0971 MHP <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANT JONES APPAREL TO ANSWER COMPLAINT** |

1  Pursuant to Civil L.R. 6-1 (a), Plaintiff Levi Strauss & Co. ("LS&CO."), through its counsel,
2  and Defendant Jones Apparel Group, Inc. ("Jones Apparel") hereby stipulate to extend the time for
3  Jones Apparel to file its Answer to LS&CO.'s Complaint up to and including June 12, 2006.

5  DATED: May 30, 2006        Respectfully submitted,

7  By: /s/ Holly Gaudreau
   Holly Gaudreau
8  TOWNSEND AND TOWNSEND AND CREW LLP

   Counsel for Plaintiff
   LEVI STRAUSS & CO.

12 DATED: May 30, 2006

13 By: /s/ Laurie J. Gentile
   Laurie J. Gentile
14 Associate General Counsel
   JONES APPAREL GROUP, INC.

16
17 60763110 v1           May 31, 2006

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -

STIPULATION EXTENDING TIME FOR DEFENDANT JONES         *Levi Strauss & Co. v. Jones Apparel Group, Inc.*
APPAREL TO ANSWER COMPLAINT                            Case No. C 06 0971 MHP