TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
HOLLY GAUDREAU (State Bar No. 209114)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
gsgilchrist@townsend.com; glcincone@townsend.com
hgaudreau@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> JONES APPAREL GROUP, INC., a Pennsylvania Corporation, <br><br> Defendant. | Case No. C 06 00971 MHP <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANT JONES APPAREL TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

1  Pursuant to Civil L.R. 6-1 (a), Plaintiff Levi Strauss & Co. ("LS&CO."), through its counsel,
2  and Defendant Jones Apparel Group, Inc. ("Jones Apparel"), through its undersigned representative,
3  hereby stipulate to extend the time for Jones Apparel to file its Answer or otherwise respond to
4  LS&CO.'s Complaint, up to and including June 19, 2006.

DATED: June 9, 2006    Respectfully submitted,

By: /s/ Holly Gaudreau
    Holly Gaudreau
    TOWNSEND AND TOWNSEND AND CREW LLP

    Counsel for Plaintiff
    LEVI STRAUSS & CO.

DATED: June 9, 2006

By: [signature]
    Laurie J. Gentile
    Associate General Counsel
    JONES APPAREL GROUP, INC.

60793539 v1

June 12, 2006

**IT IS SO ORDERED**
[signature]
Judge Marilyn H. Patel
(United States District Court, Northern District of California seal)

- 1 -

STIPULATION EXTENDING TIME FOR DEFENDANT JONES       Levi Strauss & Co. v. Jones Apparel Group, Inc.
APPAREL TO ANSWER COMPLAINT                          Case No. C 06 00971 MHP