TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
HOLLY GAUDREAU (State Bar No. 209114)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
gsgilchrist@townsend.com; glcincone@townsend.com
hgaudreau@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>  Plaintiff,<br><br>  v.<br><br>JONES APPAREL GROUP, INC., a<br>Pennsylvania Corporation,<br><br>  Defendant. | Case No. C 06 00971 MHP<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEADLINES FOR FILING AND SERVING RULE 26(F) REPORT AND FILING CASE MANAGEMENT STATEMENT**<br><br>CMC Date:  June 19, 2006<br>CMC Time:  4:00 p.m. |

By Order dated February 14, 2006, this Court set the above-referenced action for an Initial Case Management Conference on June 19, 2006. By the same Order, this Court designated June 12, 2006 as the last day for the parties to complete their Rule 26(f) initial disclosures or state objections in a Rule 26(f) Report, file and serve the Rule 26(f) Report, and file the Case Management Statement.

The parties are currently engaged in settlement discussions. Although the parties have not reached agreement, negotiations are continuing. Accordingly, the parties respectfully request that the Initial Case Management Conference be continued for two weeks, or until July 3, 2006, or as soon as possible thereafter, in order to give the parties the opportunity to continue and hopefully to complete their settlement discussions. The parties further respectfully request that the deadlines for completing their initial disclosures or objection under Rule 26(f), for filing and serving the Rule 26(f) Report and for filing the Case Management Report, be continued for two weeks, or until June 26, 2006, for the same reasons.

DATED: June 9, 2006                    Respectfully submitted,


                                       By: /s/ Holly Gaudreau
                                           Holly Gaudreau
                                           TOWNSEND AND TOWNSEND AND CREW LLP

                                           Counsel for Plaintiff
                                           LEVI STRAUSS & CO.


DATED:  June 9, 2006
                                       By: _____
                                           Laurie J. Gentile
                                           Associate General Counsel
                                           JONES APPAREL GROUP, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 12, 2006



Hon. Marilyn H. Patel
United States...

Judge Marilyn H. Patel

IT IS SO ORDERED

60793558 v1