```
TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
HOLLY GAUDREAU (State Bar No. 209114)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
gsgilchrist@townsend.com; glcincone@townsend.com
hgaudreau@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>             Plaintiff,<br><br>      v.<br><br>JONES APPAREL GROUP, INC., a Pennsylvania Corporation,<br><br>             Defendant. | Case No. C 06 0971 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Levi Strauss & Co. voluntarily dismisses this action with prejudice.  As of this date, the defendant has not filed an answer or otherwise responded to the complaint.

DATED:  October 23, 2006    Respectfully submitted,

```
                          By:  /s/ Holly Gaudreau
                               GREGORY S. GILCHRIST
                               GIA L. CINCONE
                               HOLLY GAUDREAU
                               TOWNSEND AND TOWNSEND

                               Counsel for Plaintiff
                               LEVI STRAUSS & CO.
```

[STAMP: IT IS SO ORDERED  /s/ Judge Marilyn H. Patel — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

## PROOF OF SERVICE

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled:

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

Laurie J. Gentile, Esq.
Associate General Counsel
Jones Apparel Group, Inc.
1129 Westchester Avenue
White Plains, NY  10604

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document(s) to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission] I caused said document(s) to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: October 23, 2006

_____
Shelley Lott

60898250 v1